Certificate Number: 17572-PAE-DE-033170048

Bankruptcy Case Number: 19-13514



17572-PAE-DE-033170048

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2019, at 3:28 o'clock PM PDT, Jean A Smith completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 28, 2019

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor